## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA



FILED

MAR 30 PM 2:19

DEPUTY

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        vs.<br><br>RICARDO ALFREDO DELOSSANTOS,<br><br>                    Defendant. | CASE NO. 17-cr-00468-<br><br><br>**JUDGMENT OF DISMISSAL** |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal, without prejudice; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) as charged in the Indictment/Information:

18:922(g)(1), 924(a)(2); 18:924(d)(1); 28:2461(c) - Felon in

Possession of a Firearm; Criminal Forfeiture (1)

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 3/29/17

_____
Bernard G. Skomal
U.S. Magistrate Judge